1 | PAUL W. REIDL (State Bar No. 155221)
　　Law Office of Paul W. Reidl
2 | 241 Eagle Trace Drive
　　Half Moon Bay, CA 94019
3 | Telephone: (650) 560-8530
　　Email: paul@reidllaw.com
4
　　*Attorney for Central Garden & Pet Company*
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTRAL GARDEN & PET COMPANY**, <br> a Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> **THE IAMS COMPANY,** <br> an Ohio Corporation, <br><br> Defendant. | Case No. 3:12-cv-02106-SI <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

　　The Parties have settled this matter. Pursuant to that settlement agreement and Federal Rule of Civil Procedure 41 (a), the Parties hereby stipulate to the dismissal of the case with prejudice, that each Party shall bear its own costs, and that the Court shall retain jurisdiction to enforce the terms of the settlement agreement. The electronic signature of counsel for Defendant has been affixed with his written permission.

//

//

//

//

//

Respectfully submitted,

| REED SMITH LLP | LAW OFFICE OF PAUL W. REIDL |
|---|---|
| By: /s/ Robert N. Phillips | By: /s/  Paul W. Reidl |
| 101 Second Street -  Suite 1800<br>San Francisco, California 94105<br>(415) 659 -5953<br>robphillips@reedsmith.com | 241 Eagle Trace Drive<br>Half Moon Bay, California 94019<br>(650) 560-8530<br>paul@reidllaw.com |
| *Attorney for The Iams Company* | *Attorney for Central Garden & Pet Company* |

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

_Susan Illston_ (signature)

United States District Judge

Dated:  ___7/31_____, 2012

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 241 Eagle Trace Drive, Half Moon Bay, CA 94019.

On July 27, 2012, I served the following document (attached hereto):

**STIPULATED DISMISSAL WITH PREJUDICE**

**(XX) VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Northern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on July 27, 2012:

Robert N. Phillips
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659

/s/ Paul W. Reidl

Executed on July 27, 2012 at Santa Clarita, California.

*[signature: Paul Reidl]*
_____