1  PAUL W. REIDL (State Bar No. 155221)
   Law Office of Paul W. Reidl
2  241 Eagle Trace Drive
   Half Moon Bay, CA 94019
3  Telephone:  (650) 560-8530
   Email: paul@reidllaw.com
4
   *Attorney for Central Garden & Pet Company*
5
# UNITED STATES DISTRICT COURT
6
## NORTHERN DISTRICT OF CALIFORNIA
7

8

**CENTRAL GARDEN & PET COMPANY**,
9  a Delaware Corporation
10
                    Plaintiff,
11
            v.
12
**THE IAMS COMPANY,**
13  an Ohio Corporation,
14
                    Defendant.

Case No. 3:12-cv-02106-SI

**STIPULATED DISMISSAL WITH PREJUDICE**

15      The Parties have settled this matter.  Pursuant to that settlement agreement and Federal Rule

16  of Civil Procedure 41 (a), the Parties hereby stipulate to the dismissal of the case with prejudice, that

17  each Party shall bear its own costs, and that the Court shall retain jurisdiction to enforce the terms of

18  the settlement agreement. The electronic signature of counsel for Defendant has been affixed with his

19  written permission.

20  //

21  //

22  //

23  //

24  //

STIPULATED DISMISSAL WITH PREJUDICE                    Case No. 3:12-cv-02106-SI

Respectfully submitted,

**REED SMITH LLP**                                 **LAW OFFICE OF PAUL W. REIDL**

By:  /s/ Robert N. Phillips                            By:  /s/   Paul W. Reidl

   101 Second Street -  Suite 1800                   241 Eagle Trace Drive
   San Francisco, California 94105                   Half Moon Bay, California 94019
   (415) 659 -5953                                   (650) 560-8530
   robphillips@reedsmith.com                         paul@reidllaw.com

*Attorney for The Iams Company*                    *Attorney for Central Garden & Pet Company*


**PURSUANT TO STIPULATION IT IS SO ORDERED:**

_____

United States District Judge


Dated:  ____7/31_____, 2012

STIPULATED DISMISSAL WITH PREJUDICE                                    Case No. 3:12-cv-02106-SI

1

## PROOF OF SERVICE

2

I, the undersigned, declare and certify as follows:

3

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California.  I am a member of the Bar of the above-entitled Court.  My business address is 241 Eagle Trace Drive, Half Moon Bay, CA 94019.

4

5

On July 27, 2012, I served the following document (attached hereto):

6

### STIPULATED DISMISSAL WITH PREJUDICE

7

8

 **(XX)**  **VIA CM/ECF FILING SYSTEM.**  The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Northern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on July 27, 2012:

9

10

Robert N. Phillips
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659

11

12

13

/s/ Paul W. Reidl

14

15

Executed on July 27, 2012 at Santa Clarita, California.

16

17

18

_____

19

20

21

22

23

24

STIPULATED DISMISSAL WITH PREJUDICE                                   Case No. 3:12-cv-02106-SI